UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:01 CV 427 - MU

KENNETH D. STEWART, )
)
    Plaintiff, )
)
v. )
)
DUKE ENERGY CORP., f/k/a )
DUKE POWER CO., and DUKE )
ENGINEERING SERVICES, INC. )
)
    Defendant. )
_____)

## ORDER

FOR GOOD CAUSE SHOWN, the Court grants the Motion to Withdraw of Todd W. Cline, and the law firm of Donaldson & Black, P.A.

IT IS THEREFORE ORDERED that Todd W. Cline, and the law firm of Donaldson & Black, P.A. are permitted to withdraw as attorney of record for Kenneth Stewart, in the above-captioned matter, and that Mr. Stewart, unless he retains new counsel, will be required to comply with all orders and rules of this Court.

So Ordered this 6th day of Feb, 2002.

*Graham C. Mullen*
United States ~~Magistrate~~ District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:01 CV 427 - MU

| | |
|---|---|
| KENNETH D. STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY CORP., f/k/a | ) |
| DUKE POWER CO., and DUKE | ) |
| ENGINEERING SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ADDRESS FOR KENNETH STEWART

COMES NOW Todd W. Cline, and the law firm of Donaldson & Black, P.A. and inform the Court that the last known address for Kenneth Stewart is:

Mr. Kenneth D. Stewart
4443 Greenfield Court
Maiden, NC 28650

This the 4th day of February, 2002.

Todd W. Cline

**FOR THE FIRM:**
DONALDSON & BLACK, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
(336) 273-3812

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:01 CV 427 - MU

| | |
|---|---|
| KENNETH D. STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY CORP., f/k/a | ) |
| DUKE POWER CO., and DUKE | ) |
| ENGINEERING SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## WRITTEN CONSENT TO WITHDRAWAL

I have been informed of the desire of Todd W. Cline and Donaldson & Black, P.A. to withdraw as my counsel in this case. I consent to this withdrawal and acknowledge that until I retain alternate counsel, I will be required to comply with the Federal Rules of Civil Procedure and the Rules of this Court.

Dated this 30th day of January, 2002.

*Kenneth D. Stewart*
Kenneth Stewart

United States District Court
for the
Western District of North Carolina
February 6, 2002

pab

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:01-cv-00427

True and correct copies of the attached were mailed by the clerk to the following:

Todd W. Cline, Esq.
Donaldson & Black, P.A.
208 West Wendover
Greensboro, NC  27401

John J. Doyle Jr., Esq.
Constangy, Brooks & Smith, LLC
100 North Cherry St.
Suite 300 Century Plaza
Winston-Salem, NC  27101

Jill S. Cox, Esq.
Constangy, Brooks & Smith, LLC
100 North Cherry St.
Suite 300 Century Plaza
Winston-Salem, NC  27101

cc:
Judge                      ( )
Magistrate Judge           ( )
U.S. Marshal               ( )
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Court Reporter             ( )
Courtroom Deputy           ( )
Orig-Security              ( )
Bankruptcy Clerk's Ofc.    ( )
Other_____        ( )

Date: 2/6/2

Frank G. Johns, Clerk
By: _____
Deputy Clerk

United States District Court
for the
Western District of North Carolina
February 7, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:01-cv-00427

True and correct copies of the attached were mailed by the clerk to the following:

    Kenneth D. Stewart
    4443 Greenfield Ct.
    Maiden, NC  28650

cc:
| | |
|---|---|
| Judge | ( ) |
| Magistrate Judge | ( ) |
| U.S. Marshal | ( ) |
| Probation | ( ) |
| U.S. Attorney | ( ) |
| Atty. for Deft. | ( ) |
| Defendant | ( ) |
| Warden | ( ) |
| Bureau of Prisons | ( ) |
| Court Reporter | ( ) |
| Courtroom Deputy | ( ) |
| Orig-Security | ( ) |
| Bankruptcy Clerk's Ofc. | ( ) |
| Other_____ | ( ) |

Date: 2-8-02

Frank G. Johns, Clerk
By: *Bullace*
Deputy Clerk