UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:01 CV 427 - MU

| | |
|---|---|
| KENNETH D. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF VOLUNTARY** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| DUKE ENERGY CORP., f/k/a DUKE ) | |
| POWER CO., and DUKE ENGINEERING ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kenneth D. Stewart, by and through his undersigned counsel, and Defendants Duke Energy Corporation and Duke Engineering & Services, by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

It is so stipulated.

Phyllis A. Palmieri, Esq.
State Bar No. 17191
216 East Concord Street
Morganton, NC 28655
Telephone: (828) 433-1991

**Counsel for Plaintiff**
Date: 5-10-01

John J. Doyle, Jr.
N.C. State Bar No. 1235

Jill S. Cox
N.C. State Bar No. 20145
CONSTANGY, BROOKS & SMITH, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001

**Counsel for Defendants**
Date: May 10, 2002